UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61024-BLOOM/Valle

OSCAR COSTA,

    Plaintiff,
v.

RICK CASE ENTERPRISES, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation for Dismissal without Prejudice (the "Stipulation"), ECF No. [8], reporting that the parties have agreed to arbitrate this matter. The Court having considered the Stipulation, and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [8]**, is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE** with all parties to bear their own fees and costs. The Clerk is directed to **CLOSE** this matter and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of June, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record